IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 05-18998-FRM |
| MAX MORE | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**TRUSTEE'S NO-ASSET REPORT**

    The undersigned trustee reports to the Court that the Section 341 Meeting of Creditors was concluded on January 5, 2006, that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor and the location of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

    Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor has been fully administered. I request that this report be approved, and that I be discharged from any further duties as trustee.

Dated: September 5, 2007

                                                  /s/ *Marsha G. Milligan*
                                                  Marsha G. Milligan
                                                  P. O. Box 92408
                                                  Austin, Texas 78709-2408
                                                  Phone: (512) 494-1077
                                                  Fax: (512) 494-8366
                                                  mgmtrustee@aol.com

                                                  CHAPTER 7 TRUSTEE

CERTIFICATE OF SERVICE

    By my signature above, I hereby certify that on September 5, 2007, a true and correct copy of this document was served upon the United States Trustee, debtor, and debtor's attorney via electronic means as listed on the Court's ECF noticing system or by regular first class U. S. Mail.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Case No: 05-18998 FRM Judge: FRANK R. MONROE  Trustee Name: MARSHA G. MILLIGAN
Case Name: MORE, MAX  Date Filed (f) or Converted (c): 10/15/05 (f)
  341(a) Meeting Date: 12/08/05
For Period Ending: 09/05/07  Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10709 POINTE VIEW | 330,000.00 | 0.00 |  | 0.00 | FA |
| 2. CASH/BANK ACCOUNTS | 120.83 | 120.83 | DA | 0.00 | FA |
| 3. AMERITRADE ACCT | 67.00 | 67.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 7,340.00 | 0.00 |  | 0.00 | FA |
| 5. BOOKS | 1,100.00 | 0.00 |  | 0.00 | FA |
| 6. WEARING APPAREL | 1,000.00 | 0.00 |  | 0.00 | FA |
| 7. JEWELRY | 100.00 | 0.00 |  | 0.00 | FA |
| 8. FIREARMS/SPORTS EQ | 315.00 | 0.00 |  | 0.00 | FA |
| 9. LIFE INSURANCE | 7,619.52 | 0.00 |  | 0.00 | FA |
| 10. WRITTEN ARTICLES | Unknown | 0.00 | DA | 0.00 | FA |
| 11. '00 FORD FOCUS | 4,500.00 | 0.00 |  | 0.00 | FA |
| 12. '99 LEXUS | 10,000.00 | 0.00 |  | 0.00 | FA |
| 13. STATE EXEMPTIONS | 0.00 | 0.00 |  | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)    $  362,162.35    $  187.83    $  0.00

Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/08/07    Current Projected Date of Final Report (TFR): 12/08/07

PFORM1    Ver: 12.52